# United States District Court
## Southern District of Georgia

Anthony David Martin

_____
Plaintiff

Case No. 4:19-cv-00340

v.  Andrew SAUL

_____
Defendant

Appearing on behalf of
Plaintiff
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 20th day of January, 2020.

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

\*\*\*\*\*

| | |
|---|---|
| NAME OF PETITIONER: | Paul T. McChesney |
| Business Address: | McChesney & McChesey |
| | Firm/Business Name |
| | 930 South Pine Street |
| | Street Address |
| | Spartanburg    SC    29302 |
| | Street Address (con't)   City   State   Zip |
| | Mailing Address (if other than street address) |
| | *864) 582-7882 |
| | Address Line 2   City   State   Zip |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | service@carolina-disability.com |