# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ANTHONY DAVID MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV419-340 |
| | ) |
| ANDREW SAUL, Acting | ) |
| Commissioner of the Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

# ORDER

Represented by counsel, plaintiff Anthony David Martin has filed a complaint asking the Court to review the denial of his Disability Insurance Benefits. Doc. 1. He also seeks leave to proceed *in forma pauperis* ("IFP"). Doc. 2. After reviewing claimant's application, it appears that he lacks sufficient resources to pay the $400 filing fee.[1] The Court, therefore, **GRANTS** him leave to proceed in forma pauperis.

---

[1] Plaintiff's application to proceed IFP references past employment for a spouse. Doc. 2 at 2. No current income is reflected for plaintiff's spouse; however, his spouse is not identified as a dependent relying on plaintiff's support. *See id.* at 3. The Court presumes that plaintiff's spouse is not currently contributing to the finances of the household. If this presumption is incorrect, plaintiff and counsel should supplement the IFP application within 14 days of this Order.

Also before the Court is plaintiff's motion to withdraw the filing docketed as a motion for summary judgment. Doc. 21. Plaintiff has advised the Court that his opening brief was incorrectly docketed as a motion of summary judgment. *Id*. The brief has been refiled and properly docketed, doc. 20, and plaintiff now seeks the withdrawal of the original filing. This motion is **GRANTED** and the motion docketed as a motion for summary judgment is withdrawn. Doc. 18.

**SO ORDERED**, this 29th day of June, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA