IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANTHONY DAVID MARTIN,<br><br>  Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Acting Commissioner of the Social Security Administration,<br><br>  Defendant. | CASE NO. CV419-340 |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 25), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, this case is **REMANDED** to the Social Security Administration for further proceedings under 42 U.S.C. § 405(g). The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 23rd day of March 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA